IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

Petitioner,

v.                                                    CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

Respondent.

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by state prisoner and Petitioner Cletis R. O'Quinn. (Doc. 1.) It comes before the Court on Petitioner's amended petition for writ of habeas corpus, which alleges that Petitioner's sentence "was legally complete" at the time that Petitioner was alleged to have violated his parole. (Doc. 5.) After receiving the petition, the Court began its initial review as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

The Court has reviewed Petitioner's filings and concludes that a limited Pre-Answer Response ("PAR") is appropriate in order to assist the Court with its Rule 4 review. *See Wood v. Milyard*, 566 U.S. 463, 467 (2012); *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008). Accordingly, the Court directs Respondent to file such a response limited to addressing the affirmative defenses of timeliness and Petitioner's failure to exhaust state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondent does not intend to raise timeliness and/or the failure to exhaust of state remedies as a defense, Respondent shall notify the Court of that decision in the PAR. Respondent will be granted to and including June 23, 2023 in which to file the PAR and Petitioner will be granted to and including July 24, 2023 in which to file a reply to the PAR if he desires. Upon receipt of the PAR and any reply from Petitioner, the Court will continue the Rule

4 review and issue further orders as necessary.

**IT IS THEREFORE ORDERED** that Respondent is granted until and including June 23, 2023 in which to file a Pre-Answer Response that complies with this order.

**IT IS FURTHER ORDERED** that Petitioner is granted until and including July 24, 2023 in which to file a reply to the Pre-Answer Response if he desires.

**IT IS SO ORDERED.**

DATED:   This 23rd day of May, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge