IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

                              **Petitioner,**

      v.                                                        CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

                              **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by state prisoner and Petitioner Cletis R. O'Quinn. (Doc. 1.) It is stayed pending completion of state-court proceedings in which Petitioner is exhausting the sole issue presented in his federal habeas petition. It comes before the Court on Petitioner's status report (Doc. 22) filed March 12, 2024. Therein, Petitioner explains that although the state district court has appointed counsel to represent him in the relevant appeal, he has not yet heard from that counsel. In addition, Petitioner advises the Court that he was informed via a letter dated February 1, 2024, that he may be released on April 1, 2024. *Id.*

Petitioner is ordered to file a status report on or before April 15, 2024, informing the Court of the status of his state-court proceedings and any further information he has at that time about his release. The status report should advise the Court whether an appeal has been docketed in the Kansas Court of Appeals and, if so, the case number assigned to that appeal. Petitioner may also include any other relevant information regarding the progress of his appeal.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or

before April 15, 2024 advising the Court of the status of the state-court proceedings.

**IT IS SO ORDERED.**

DATED:   This 13th day of March, 2024, at Kansas City, Kansas.


<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge