IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

                            Petitioner,

        v.                                                    CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

                            Respondent.

**MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by state prisoner and Petitioner Cletis R. O'Quinn. (Doc. 5.) It is stayed pending completion of state-court proceedings in which Petitioner is exhausting the sole issue presented in his federal habeas petition. It comes before the Court on Petitioner's status report (Doc. 24) filed April 10, 2024. Therein, Petitioner advises that he still has not heard from the attorney appointed to represent him in the relevant state-court appeal and that he does not yet have a date for release from incarceration. *Id.*

The records of the clerk of the appellate courts of Kansas do not reflect that an appeal has been docketed on Petitioner's behalf. Additionally, the publicly available records of the Reno County District Court reflect the order in which the district court order appointed counsel, it does not reflect that appointed counsel has entered an appearance or taken any other steps in the representation of Petitioner.

Petitioner is ordered to file a status report on or before May 15, 2024, informing the Court of the status of his state-court proceedings and any further information he has at that time about his release. The status report should advise the Court whether an appeal has been docketed in the

1

Kansas Court of Appeals and, if so, the case number assigned to that appeal. Petitioner may also include any other relevant information regarding the progress of his appeal.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before May 15, 2024 advising the Court of the status of the state-court proceedings.

**IT IS SO ORDERED.**

DATED:   This 12th day of April, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
