IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

                                    Petitioner,

      v.                                                          CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

                                    Respondent.

**MEMORANDUM AND ORDER**

       This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by state prisoner and Petitioner Cletis R. O'Quinn. (Doc. 5.) It is stayed pending completion of state-court proceeding in which Petitioner is exhausting the sole issue presented in his federal habeas petition. It comes before the Court on Petitioner's status report (Doc. 26) filed May 13, 2024. Therein, Petitioner advises that he has not heard from the attorney appointed to represent him in the relevant state-court proceeding and that he does not yet have a date for release from incarceration. *Id.*

       The publicly available records of the state district court reflects no action in the state-court proceeding since early January 2024. As previously noted, although the state district court stated in an order that "the Court will appoint Shannon Crane to represent Petitioner in any appeal of the District Court's rulings," (Doc. 20-3, p. 2), the state district court docket does not reflect the entry of a separate order of appointment or any entry of appearance by Shannon Crane on Petitioner's behalf. If Petitioner wishes to pursue an appeal of the district court's final order in that matter, he may choose to contact the state district court or his state-court appointed counsel to inquire about Shannon Crane's appointment or to obtain additional information. Petitioner is advised that this

1

federal matter will not remain stayed indefinitely if there is no progress in the state-court proceeding.

Petitioner is ordered to file a status report on or before July 15, 2024, informing this Court of the status of his state-court proceeding and any further information he has at that time about his release. The status report should advise the Court whether an appeal has been docketed in the Kansas Court of Appeals and, if so, the case number assigned to that appeal. Petitioner may also include any other relevant information regarding the progress of his appeal. If Petitioner still has not communicated with his state-court appointed counsel, he must detail for this Court any steps he has taken to attempt to do so or any steps he has taken to otherwise move the state-court proceeding forward.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before July 15, 2024 advising the Court of the information detailed herein.

**IT IS SO ORDERED.**

DATED:   This 14th day of May, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge