IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CLETIS R. O'QUINN,**

                             **Petitioner,**

      v.                                              **CASE NO. 23-3116-JWL**

**PRISONER REVIEW BOARD,**

                             **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by state prisoner and Petitioner Cletis R. O'Quinn. (Doc. 5.) It is stayed pending completion of state-court proceeding in which Petitioner is exhausting the sole issue presented in his federal habeas petition. It comes before the Court on Petitioner's status report (Doc. 30) filed August 29, 2024. Therein, Petitioner advised that he has now been contacted by the attorney appointed to represent him in the relevant state-court proceeding and that he anticipated being released from incarceration on August 30, 2024. *Id.*

Petitioner is reminded that he "must notify the clerk of any change of address or telephone number," *see* D. Kan. R. 5.1(b)(3), so if he is released, he should notify the clerk and provide a current address as soon as possible. The Court notes the information provided in the most recent status report, including the anticipated due date of October 3, 2024 for his appellate brief.

Based on that information, Petitioner is ordered to file another status report regarding the state-court proceedings on or before November 18. 2024. The status report should advise the Court whether his appellate brief has been filed by that time and Petitioner may include any additional relevant information regarding the progress of his appeal.

1

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before November 18, 2024 advising the Court of the information detailed herein.

**IT IS SO ORDERED.**

DATED:   This 3rd day of September, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge