IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CLETIS R. O'QUINN,**

                     **Petitioner,**

      v.                                                               **CASE NO. 23-3116-JWL**

**PRISONER REVIEW BOARD,**

                       **Respondent.**

## MEMORANDUM AND ORDER

Petitioner and state prisoner Cletis R. O'Quinn seeks a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 5.) This case is stayed pending completion of related state-court proceedings and it comes before the Court on Petitioner's status report (Doc. 32) filed November 12, 2024. Petitioner advises that his state-court appeal has been expedited under case number 127,889. He also informs the Court that his court-appointed attorney filed his appellate brief in that matter on September 25, 2024 and she anticipates the opposing party filing its brief on or before November 25, 2024. *Id.* Based on that information, Petitioner is ordered to file, on or before January 15, 2025, another status report stating whether briefing is completed in his state-court appeal at that time.

      **IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before January 15, 2025 advising the Court of the information detailed herein.

      **IT IS SO ORDERED.**

      DATED:   This 13th day of November, 2024, at Kansas City, Kansas.

                                                        S/ John W. Lungstrum
                                                        JOHN W. LUNGSTRUM
                                                        United States District Judge