IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

                Petitioner,

v.                                      CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

                Respondent.

## MEMORANDUM AND ORDER

Petitioner and state prisoner Cletis R. O'Quinn seeks a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 5.) This case is stayed pending completion of related state-court proceedings and it comes before the Court on Petitioner's status report (Doc. 34) filed January 13, 2025. Petitioner advises that his state-court appeal has been set on the March 12, 2025 summary calendar before the Kansas Court of Appeals. *Id.* Based on that information, Petitioner is ordered to file, on or before April 30, 2025, another status report stating whether an opinion has been issued in his state-court appeal at that time.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before April 30, 2025 advising the Court of the information detailed herein.

**IT IS SO ORDERED.**

DATED: This 14th day of January, 2025, at Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge