IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLETIS R. O'QUINN,

                            Petitioner,

     v.                                                      CASE NO. 23-3116-JWL

PRISONER REVIEW BOARD,

                            Respondent.

## MEMORANDUM AND ORDER

      Petitioner and state prisoner Cletis R. O'Quinn seeks a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 5.) This case is stayed pending completion of related state-court proceedings and it comes before the Court on Petitioner's status report (Doc. 36) filed April 28, 2025. Petitioner advises that no opinion has yet been issued in his state-court appeal, he reasserts his arguments for federal habeas corpus relief, and he expresses how disheartening he finds the delays he has faced in obtaining relief. *Id.* at 1-2. The Court understands Petitioner's desire for speedy resolution of his claims, but this case will remain stayed pending the resolution of the related state-court proceedings. Petitioner is ordered to file, on or before July 31, 2025, another status report stating whether an opinion has been issued in his state-court appeal at that time. If an opinion issues in his state appeal prior to that date, Petitioner should so inform the Court as soon as possible and the Court will issue further orders as necessary.

      **IT IS THEREFORE ORDERED** that Petitioner is directed to file a status report on or before July 31, 2025 containing the information described herein.

      **IT IS SO ORDERED.**

      DATED:   This 29th day of April, 2025, at Kansas City, Kansas.

                                                          S/ John W. Lungstrum
                                                          JOHN W. LUNGSTRUM
                                                          United States District Judge